IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Belinda J

Printed: 12/02/08

Case Number: 05 B 17503
Judge: Hollis, Pamela S
Filed: 5/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 20, 2008
Confirmed: August 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 58,800.00 |  |
| Secured: |  | 53,902.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,894.00 |
| Trustee Fee: |  | 3,003.01 |
| Other Funds: |  | 0.00 |
| Totals: | 58,800.00 | 58,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Brookins & Wilson | Administrative | 1,894.00 | 1,894.00 |
| 2. | Cole Taylor Bank | Secured | 45,100.00 | 34,986.60 |
| 3. | Cole Taylor Bank | Secured | 39,000.00 | 17,747.69 |
| 4. | Bank Of America | Secured | 3,277.48 | 1,168.70 |
| 5. | Bank Of America | Unsecured | 29,530.41 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 2,095.92 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 3,542.82 | 0.00 |
| | | | $ 124,440.63 | $ 55,796.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 126.00 |
| 5.5% | 924.00 |
| 5% | 315.00 |
| 4.8% | 504.00 |
| 5.4% | 1,134.01 |
| | $ 3,003.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jackson, Belinda J

Printed: 12/02/08

Case Number:  05 B 17503
Judge:  Hollis, Pamela S
Filed:  5/3/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

